UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60551-CIV-SINGHAL/McCABE

MATTHEW ORSO, as successor to
Kenneth D. Bell in his capacity as
court-ordered receiver for Rex Venture
Group, LLC d/b/a ZeekRewards.com,

    Plaintiff,

v.

GERARD ST.-SIMON,

    Defendant,

v.

WELLS FARGO BANK, N.A., *et al*.,

    Garnishees.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Claim of Exemption and Request for Hearing (DE [13]) filed by Gerard St.-Simon and the Report and Recommendation (DE [16]) of the Magistrate Judge recommending that the writs of garnishment directed to Garnishees Truist Bank (DE [6]) and Wells Fargo Bank, N.A. (DE [5]) be dissolved. No objections have been filed to the Report and Recommendation and the time to file objections has expired.

The Court has reviewed the Report and Recommendation and the file and concludes that the writs of garnishment must be dissolved because Plaintiff failed to serve a written response to Defendant's Claim of Exemption. *See* Fla. Stat. § 77.041(3) ("[I]f the plaintiff or plaintiff's attorney does not file a sworn written statement that answers the

defendant's claim of exemption…no hearing is required and the clerk must automatically dissolve the writ…."). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation (DE [16]) is **APPROVED AND ADOPTED.**  The Clerk of Court is directed to dissolve the writs of garnishment issued to Truist Bank (DE [6]) and Wells Fargo Bank, N.A. (DE [5]) and notify the parties of the dissolution by mail.  Defendant's Claim of Exemption and Request for Hearing (DE [13]) is **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 10th day of June 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF